## People of State of Illinois, Appellant, v. Edward Morris, Appellee.

Gen. No. 46,482.

First District, First Division.

January 31, 1955.

Released for publication February 23, 1955.

John Gutknecht, State's Attorney, for appellant; Gordon Nash, James B. Murray, Albert I. Zemel, Assistant State's Attorneys, of counsel; Sherwin & Sherwin, for appellees; Julius L. Sherwin, and Theodore R. Sherwin, of counsel. Opinion by JUSTICE FRIEND. **Not to be published in full.**